JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR16-109-RSL |
| Plaintiff, ) ) | |
| v. ) ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| ERIC BONGIORNI, ) ) | |
| Defendant. ) ) | |

Based on the unopposed motion of the defendant to continue the trial date and extend the due date for pretrial motions, the Court incorporates by reference factual statements made in the unopposed motion, and hereby makes the following additional findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from June 27, 2016, to October 31, 2016. The resulting period of delay from the date of this order to the new

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*U.S. v. Eric Bongiorni*; No. CR16-109-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due no later than September 15, 2016.

DONE this 16th day of May, 2016.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:

*s/ Russell V. Leonard*
Assistant Federal Public Defender
Attorney for Eric Bongiorni

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*U.S. v. Eric Bongiorni*; No. CR16-109-RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100