JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR16-109-RSL |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION TO CONTINUE TRIAL AND |
| | ) | PRETRIAL MOTIONS DEADLINE |
| ERIC BONGIORNI, | ) | |
| Defendant. | ) | |

Based on the unopposed motion of the defendant to continue the trial date and extend the due date for pretrial motions, Dkt. # 21, the Court incorporates by reference factual statements made in the unopposed motion, and hereby makes the following additional findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

1      IT IS THEREFORE ORDERED that the trial date is continued from October 31,
2 2016, to March 13, 2017. Pretrial motions are due no later than January 27, 2017.  The
3 resulting period of delay from the date of this order to the new trial date of March 13,
4 2017, is hereby excluded for speedy trial purposes under 18 U.S.C.
5 § 3161(h)(7)(A).
6
7
8      DONE this 5th day of October, 2016.
9
10
11                                                  Robert S. Lasnik
12                                                  United States District Judge