UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-109-RSL |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| ERIC BONGIORNI, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. Fractal computer (Serial No. FDCADEFR5TI), seized from the Defendant on or about March 22, 2016; and,

2. Any and all images of child pornography, in whatever format and however stored.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate because:

Final Order of Forfeiture - 1
*U.S. v. Eric Bongiorni,* CR16-109-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On May 19, 2017, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's interest in it (Dkt. No. 39);
- Thereafter, the United States published notice of the forfeiture, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 43); and,
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Department of Homeland Security, and/or its representatives, are authorized to dispose of the above-listed property as permitted by governing law.

IT IS SO ORDERED.

DATED this 17th day of August, 2017.

Robert S. Lasnik
United States District Judge

Final Order of Forfeiture - 2
*U.S. v. Eric Bongiorni,* CR16-109-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:


   */s Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
*U.S. v. Eric Bongiorni,* CR16-109-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970