The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ERIC BONGIORNI,<br><br>Defendant. | NO. CR16-109 RSL<br><br>**ORDER CONCERNING BRIEFING SCHEDULE** |

Having considered the parties' Stipulated Motion Regarding Briefing Schedule and for good cause shown, the motion is GRANTED.

IT IS ORDERED that the defendant's *pro se* motion for a reduction in sentence (Dkt 47) is stayed pending the filing of a supplemental brief in support of that motion by counsel on defendant's behalf;

IT IS FURTHER ORDERED that the government shall file a response to the defendant's motion within seven days of the filing of that supplemental brief; and

IT IS FURTHER ORDERED that the government's motion for an extension of its response deadline (Dkt 49) is denied as moot.

DATED this __16th__ day of September, 2020.

*[signature]*

ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

*s/ Miriam Schwartz*
MIRIAM SCHWARTZ
Assistant Fe3deral Public Defender