THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 16-109-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO AMEND BRIEFING SCHEDULE |
| ERIC BONGIORNI, | ) | |
| Defendant. | ) | |

The COURT has considered the unopposed motion to amend the briefing schedule in order to allow the Defendant, Eric Bongiorni, time to file his reply brief in support of his compassionate release motion, by no later than May 10, 2021.

IT IS NOW ORDERED that the briefing schedule be amended in order to allow the Federal Public Defender's Office to file its reply brief for Mr. Bongiorni no later than May 10, 2021.

DONE this __4th__ day of May, 2021.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Miriam Schwartz*
Assistant Federal Public Defender
Attorney for Eric Bongiorni

ORDER GRANTING UNOPPOSED MOTION
TO AMEND BRIEFING SCHEDULE
(US v. Eric Bongiorni; CR16-109RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100